Argued May 16, affirmed June 27, 1978

NEAL, *Respondent,*
*v.*
J. C. PENNEY COMPANY, *Petitioner.*
(WCB No. 76-3124, CA 9677)

579 P2d 1310

Stephen R. Frank, Portland, argued the cause for petitioner. With him on the brief was Tooze, Kerr, Peterson, Marshall & Shenker, Portland.

Gregory L. Decker, Albany, argued the cause for respondent. On the brief were Rick McCormick and Emmons, Kyle, Kropp & Kryger, Albany.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *See Bowman v. Oregon Transfer Company,* 33 Or App 241, 576 P2d 27 (1978).